# FILED

02/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0480

IN THE SUPREME COURT
OF THE STATE OF MONTANA

Supreme Court No. DA 20-0480

KYLE R. BABCOCK,

Plaintiff and Appellant,

v.

CASEY'S MANAGEMENT, LLC,

Defendant and Appellee,

## *ORDER GRANTING 30-DAY EXTENSION*

Upon motion of Reid J. Perkins, attorney for Casey's Management, LLC ("Casey's"), and good cause appearing and no objection by Opposing Counsel,

IT IS HEREBY ORDERED that the Appellee is granted an extension to March 5, 2021, in which to prepare, serve and file its Response to Appellants' Opening Brief.

Dated this ___ day of February, 2021.

_____

Bowen Greenwood
Clerk of Montana Supreme Court

cc:    Reid J. Perkins, Esq.
       Quentin M. Rhoades, Esq.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 1 2021